# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| **Donzell Ali McKinney,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:16-cv-00149-MR |
| | ) | 1:12-cr-00085-MR-DLH-1 |
| vs. | ) | |
| | ) | |
| **United States of America,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 29, 2020 Order.

January 29, 2020

*Frank G. John*

Frank G. Johns, Clerk
United States District Court