THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00149-MR
[CRIMINAL CASE NO. 1:12-cr-00085-MR]

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| DONZELL ALI McKINNEY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on remand from the United States Court of Appeals for the Fourth Circuit for resentencing. [Docs. 20, 21].

In accord with the instructions of the Court of Appeals,

**IT IS ORDERED** that the Defendant's conviction regarding 18 USC § 924(c) (Count Two) is hereby vacated. Based thereon, **IT IS FURTHER ORDERED** that the sentence of the Defendant as to all counts is vacated. The Clerk is directed to set this matter for resentencing.

Signed: April 18, 2023

*Martin Reidinger*
Martin Reidinger
Chief United States District Judge